IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILL LIETZKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-1032-WKW |
| | ) |
| CITY OF MONTGOMERY, AL, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 7) to which Plaintiff has filed an Objection[1] (Doc. # 8).  Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit.  Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 8) is OVERRULED.

(2) The Recommendation (Doc. # 7) is ADOPTED.

(3) This action is DISMISSED without prejudice.

(4) Plaintiff is DECLARED a vexatious litigant.

(5) Plaintiff is PROHIBITED from proceeding *in forma pauperis* in this District against these Defendants on any complaint arising out of the

---

[1] Plaintiff filed a document, which he inappropriately labeled as an Order.  The document is construed as an Objection.

January 30, 2018 incident in which police questioned him about reports that he had been following a woman at the First Baptist Church in Montgomery, Alabama.

(6) Any future *in forma pauperis* motions Plaintiff files in this District shall be accompanied by a sworn, notarized affidavit stating whether he has ever filed any lawsuits in any court arising out of the same incident(s), act(s), or occurrences(s) as are implicated in the complaint on which he seeks to proceed *in forma pauperis*. If he has filed any related lawsuits, he must include in his signed, notarized affidavit the name of the court(s) where each such lawsuit was filed, the case number of the related case(s), and the status of the related litigation. He must also attach to his sworn, notarized affidavit (1) a current copy of the docket sheet for each such case and (2) a copy of each and every complaint that he has filed in any such case. Any such attached copy of a complaint shall bear the dated "filed" stamp of the Clerk of the Court in which it was filed, or it shall bear the mark of the CM/ECF (PACER) system showing that it is a copy of the complaint that is in the official court record. Failure to follow these instructions shall result in denial of the motion to proceed *in forma pauperis* and may result in dismissal of the case with or without prejudice for failure to comply with the court's orders.

Final judgment will be entered separately.

DONE this 7th day of August, 2023.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE